IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RITA ELLIS,<br>**Plaintiff,**<br><br>v.<br><br>GENESIS HEALTHCARE CORPORATION AND KELLY GRIMALDI,<br>**Defendants.** | CIVIL ACTION<br><br><br><br>NO. 18-5536 |

## ORDER

**AND NOW**, this 19th day of March, 2019, upon consideration of Defendants' Motion to Dismiss and support thereof (ECF Nos. 8 & 11), and Plaintiff's Opposition thereto (ECF No. 10), it is hereby **ORDERED** that Defendants' Motion is **GRANTED IN PART AND DENIED IN PART**, as follows:

1. Defendants' Motion to Dismiss Count II (Defamation) based on the communication to the Bureau is **DENIED**.

2. Defendants' Motion to Dismiss Count II (Defamation) based on the documents placed in Plaintiff's personnel file is **GRANTED**. Plaintiff's claim for defamation based on the documents placed in Plaintiff's personnel file is **DISMISSED WITH PREJUDICE**.

3. Defendants' Motion to Dismiss Count III (Injurious Falsehood) and Count IV (Intentional Infliction of Emotional Distress) is **GRANTED**. Counts III and IV of Plaintiff's Complaint are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

/s/ Wendy Beetlestone
_____
WENDY BEETLESTONE, J.